IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                          PLAINTIFF

v.                              No. 3:15-cv-281-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                 DEFENDANT

ORDER

Addison moves to proceed *in forma pauperis* in this § 1983 case; but he is a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, Addison had at least five cases dismissed for failing to state a claim. *E.g., Addison v. Martin*, 3:15-cv-1-JM; *Addison v. Martin*, 3:15-cv-91-DPM; *Addison v. Martin*, 3:15-cv-96-DPM; *Addison v. Doe*, 3:15-cv-121-DPM; and *Addison v. Muse*, 3:15-cv-133-JM. And nothing in the complaint suggests he's in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His application to proceed *in forma pauperis*, № 1, is therefore denied.

Addison's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3). If Addison wants to pursue this

case, then he must pay $400.00 (the filing and administrative fees) and file a motion to reopen the case by 16 October 2015.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2015