# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                              PLAINTIFF

v.                                   No. 3:15-cv-281-DPM

JOEY MARTIN, Jail Administrator,
Poinsett County Detention Center                                                     DEFENDANT

## JUDGMENT

Addison's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2015